# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                      CASE NO. 4:16cv23-RH/CAS

CHARLES S. BAILEY et al.,

    Defendants.

_____/

## ORDER STAYING PROCEEDINGS AND TOLLING DEADLINES

The joint motion to stay, ECF No. 94, is granted. These proceedings are stayed, and all deadlines that had not passed as of June 27, 2017 are tolled, for 91 days.

SO ORDERED on June 30, 2017.

                                    s/Robert L. Hinkle
                                    United States District Judge